UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14162-CIV-CANNON/McCabe

**NICHOLAS POFF**,

    Plaintiff,

v.

**WYNNE BUILDING CORPORATION**,

    Defendant.

_____/

**ORDER FOLLOWING STATUS CONFERENCE
AND REQUIRING JOINT DISCOVERY STATUS REPORT**

**THIS CAUSE** comes before the Court following a Status Conference held on October 2, 2023 [ECF No. 32]. It is hereby

**ORDERED AND ADJUDGED** that, on or before **October 27, 2023**, the parties shall **meaningfully confer** and **jointly file** a status report, indicating **with specificity** all completed and pending depositions (with names and dates); the status of completed and pending written discovery (with corresponding details and dates); and any additional discovery matters requiring the Court's attention.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of October 2023.

                                                                   AILEEN M. CANNON
                                                                   UNITED STATES DISTRICT JUDGE

cc:    counsel of record